```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/19/2016
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WESTCHESTER FIRE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> INFRASTRUCTURE COALITION LP, <br><br> Defendant. | Civil Action No.: 1:15-cv-09452-NRB <br><br> **REVISED SCHEDULING ORDER** |

This matter having been opened to the Court by Chiesa Shahinian & Giantomasi PC, attorneys for plaintiff Westchester Fire Insurance Company ("Westchester"), on Westchester's application for the issuance of an order to show cause; and the Court having scheduled hearings on the same for December 17, 2015 and January 25, 2016 at 11:00 a.m.; and the parties, which have engaged in ongoing settlement discussions, have requested that the Court adjourn this hearing to the first available return date on or after February 29, 2016 in order to allow the parties additional time to negotiate a settlement; and the Court having considered the parties' request, and good cause being shown,

IT IS on this __19th__ day of January, 2016,

**ORDERED**, that defendant Infrastructure Coalition LP ("ICLP") show cause before the United States District Court for the Southern District of New York located at the United States Courthouse, 500 Pearl Street, New York, New York, on the __29th__ day of __February__, 2016 at __11__ o'clock __a__. m. before the Honorable Naomi Reice Buchwald, U.S.D.J. in Court Room 21A, why an order should not be entered pursuant to Rule 65(a) of the Federal Rules of Civil Procedure granting Westchester a preliminary injunction directing ICLP to deposit

5637410.1

collateral security with Westchester in the amount of $4,200,000.00; and

**IT IS FURTHER ORDERED**, that if ICLP intends to file answering affidavits or a brief, it shall serve copies of such affidavits or brief via ECF or by overnight mail upon Chiesa Shahinian & Giantomasi PC, One Boland Drive, West Orange, New Jersey 07052, attorneys for Westchester, along with two courtesy copies to Chambers (2270), to insure receipt no later than ten (10) business days before the above hearing date; and

**IT IS FURTHER ORDERED**, that if Westchester intends to file reply affidavits or a reply brief it shall file and serve copies of such affidavits or reply brief via ECF or by overnight mail upon the defendant or the attorneys for the defendant, along with two courtesy copies to Chambers (2270), to insure receipt no later than three (3) business days before the above hearing date; and

**IT IS FURTHER ORDERED**, that Westchester shall serve a true copy of this Order upon ICLP to insure receipt no later than two (2) business days of the receipt hereof.

Hon. Naomi Reice Buchwald, U.S.D.J.

2

5657510.1